**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00318-CR**
_____

**DIANA SOTO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Liberty County, Texas**
**Trial Cause No. 22CC-CR-00914**

**MEMORANDUM OPINION**

Diana Soto filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2(a).

Soto and her attorney signed the motion. *See id*. We grant the motion and dismiss

the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 23, 2024
Opinion Delivered January 24, 2024
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.

1